IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN HUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>CHECKREDI OF ALABAMA, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-184 |

**O R D E R**

Plaintiff filed his Complaint initiating this action on August 4, 2022. (Doc. 1.) Plaintiff has since filed a Notice of Voluntary Dismissal, stating his intent to dismiss the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 5.) No answers or motions for summary judgment have been filed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** the dismissal of the case, (id.), and **DIRECTS** the Clerk of Court to **DISMISS** this case **WITHOUT PREJUDICE** and to **CLOSE** this case.

**SO ORDERED**, this 11th day of October, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA